UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELLEN WRIGHT,
          Plaintiff,

vs.                                   CASE NUMBER:

ENGLEWOOD BEACH & YACHT CLUB
ASSOCIATION, INC.,
          Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, ELLEN WRIGHT, by and through her undersigned attorneys, and sues the Defendant, ENGLEWOOD BEACH & YACHT CLUB ASSOCIATION, INC., and alleges as follows:

## COMMON ALLEGATIONS

1. This is an action for damages that exceed $75,000.00.

2. At all times material hereto, Plaintiff, ELLEN WRIGHT, was and is a resident of Maricopa County, Buckeye, Arizona.

3. At all times material hereto, Defendant, ENGLEWOOD BEACH & YACHT CLUB ASSOCIATION, INC., was a corporation licensed by the State of Florida to do business within this state, with its place of business being located at 1815 Gulf Blvd., Englewood, Florida.

4. Pursuant to 28 USCA §(1322)(a) this district Court has original jurisdiction since the parties are citizens of different states.

**PARVEY & CAVENAGO ATTORNEYS, P. A.** • 2096 First Street, Suite 100 • Fort Myers, Florida 33901
www.parveycavenago.com • E-mail: service@parveycavenago.com

## COUNT I
## NEGLIGENCE AGAINST ENGLEWOOD BEACH & YACHT CLUB ASSOCIATION, INC.

5. Plaintiff realleges the allegations in paragraphs 1-4 as though fully set forth herein and further alleges as follows.

6. On or about June 24, 2021, Defendant, ENGLEWOOD BEACH & YACHT CLUB ASSOCIATION, INC., maintained and was in possession of a building located at 1815 Gulf Blvd., Englewood, Florida 34223 which was being used as a condo resort.

7. At that time and place, Plaintiff, ELLEN WRIGHT, went onto the Defendant's property as an invitee.

8. Defendant, ENGLEWOOD BEACH & YACHT CLUB ASSOCIATIONS, INC., negligently maintained a section of its property by not ensuring the walkway was level, safe, and maintained where Plaintiff, ELLEN WRIGHT, fell causing serious injuries.

9. At all times material to the cause of this action, Defendant, ENGLEWOOD BEACH & YACHT CLUB ASSOCIATION, INC., as owner, operator, and/or manager of said property, had a duty of reasonable care to maintain the property in a reasonably safe condition for the safety of invitees on the premises.

10. At all times material to the cause of this action, Defendant, ENGLEWOOD BEACH & YACHT CLUB ASSOCIATION, INC., had a duty to warn invitees of the dangerous condition it created by failing to repair the premises.

11. Defendant, ENGLEWOOD BEACH & YACHT CLUB ASSOCIATION, INC., was negligent in the following manner:

    a. Creating a dangerous condition by carelessly and negligently permitting and allowing a condition to remain on the premises which involved unreasonable risk of harm to another person;

    b. Carelessly and negligently failing to take reasonable precautions to guard or protecting Plaintiff against said dangerous or hazardous condition; and

    c. Failing to warn invitees of the dangerous condition it created.

12. Defendant, ENGLEWOOD BEACH & YACHT CLUB ASSOCIATION, INC., knew, or in the exercise of reasonable care should have known, of the existence of the dangerous and hazardous condition as described above, and Defendant was negligent in not eliminating said dangerous condition.

13. As a result of the Defendant's negligent, Plaintiff, ELLEN WRIGHT, suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment and aggravation of a previously existing condition. The loses are either permanent or continuing in nature and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, ELLEN WRIGHT, sues the Defendant, ENGLEWOOD BEACH & YACHT CLUB ASSOCIATION, INC., for compensatory damages in an amount in excess of $75,000.00, exclusive of interest and costs, and demands a trial by jury.

Dated this 16 day of June, 2022.

    Parvey & Cavenago Attorneys, P.A.
    Attorneys for Plaintiff
    2069 First Street, Suite 100
    Fort Myers, FL 33901
    Telephone: (239)334-0300
    Facsimile: (239)334-0992

BY:     Carlos J Cavenago III, Esq.
    FLORIDA BAR No.: 753955
    Primary E-mail: Service@parveycavenago.com
    Secondary E-mail: Carlos@parveycavenago.com